UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JAMES ANDERSON,

Petitioner,

v.

R.L. STIFF, Warden,

Respondent .

Civil No. 00-619 (JRT/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondent has wrongly calculated the length of his sentence and the order in which it should be served (vis-a-vis other sentences).

The Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the proper calculation of the length of Petitioner's sentence and the order in which his sentences are to be served, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement, and the manner in which his sentences are to be served;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter; and

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner

FILED MAR
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

Absent compliance with this order within the 20 day time period, the court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: March 15, 2000

E.S. SWEARINGEN,
United States Magistrate Judge