UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-619 (JRT/ESS)

| | | |
|---|---|---|
| JAMES ANTHONY ANDERSON, Petitioner, | ) | |
| v. | ) | ORDER |
| R. L. STIFF, WARDEN, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that the Respondent shall be granted until April 18, 2000, to prepare and submit their response.

Dated: April 4, 2000

E. S. Swearingen
E. S. SWEARINGEN
United States Magistrate Judge

FILED APR 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK