UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES A. ANDERSON,

Petitioner,

v.

RICHARD L. STIFF, Warden

Respondent.

Civil No. 00-619 (JRT/ESS)

**ORDER**

The above matter is before the Court on Petitioner's Application for a writ of Habeas Corpus under 28 U.S.C. § 2241.

Based upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1. Petitioner's request for appointment of counsel is **denied** [Docket No. 2]. The Court was able to resolve the issues presented in the habeas petition with the assistance of the well-reasoned memoranda of both Petitioner and counsel for Respondent. The Court saw no need for additional oral argument. As the Court has reached the merits of the habeas petition in its Report and Recommendation filed this same date, Petitioner's motion for appointment of counsel is moot.

Dated: November 7, 2000

E. S. SWEARINGEN
United States Magistrate

NOV 08 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK