# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James A. Anderson — Case No. Civil 00-619JRT/ESS

v. — **JUDGMENT IN A CIVIL CASE**

Richard L. Stiff

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **denied**; and this action is **DISMISSED WITH PREJUDICE** as to all claims except for petitioner's third argument for downward departure which may be pursued in the appropriate 2255 proceeding.

DATE: November 29, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk